UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17CR00195 JAR |
| | ) | |
| RANDELL MACK DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Order and Recommendation of United States Magistrate Judge David D. Noce (Doc. No. 48). On May 19, 2017, Defendant Davis made an Oral Motion to Suppress (Doc. No. 18). Thereafter, Defendant Davis filed a Motion to Supplement his Oral Motion to Suppress any Arguably Suppressible Evidence (Doc. No. 39). An evidentiary hearing was held on December 4, 2017. Magistrate Judge Noce recommends the Court deny Defendant's Motions to Suppress Statements.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge David D. Noce, who filed an Order and Recommendation on January 23, 2018 (Doc. No. 48). Defendant Davis filed objections to the Report and Recommendation on February 2, 2018 (Doc. No. 50). Defendant Davis summarily states that he objects to several conclusions drawn by Magistrate Judge Noce, but fails to provide any countervailing rationale for his position. The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Davis's objections are not persuasive.

The Magistrate Judge recommends that the Motions to Suppress Statements (Doc. Nos. 18 and 39) be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of the United States Magistrate Judge [48] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Suppress Statements [18 and 39] are **DENIED**.

Dated this 13th day of February, 2018.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE